**UNITED STATES DISTRICT COURT**　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GLEN TERRY DAWSON, #22910-078 | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:16cv749 |
| | § | CRIMINAL ACTION NO. 4:15cr9(1) |
| UNITED STATES OF AMERICA | § | |

### ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections have been filed. After reviewing the Report and Recommendation, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#6) is **DISMISSED** without prejudice.

It is further **ORDERED** the Clerk close Civil Action No. 4:16-CV-749 as improvidently filed, and file Movant's motion (#1) pursuant to 18 U.S.C. § 3582(c)(2) in his criminal case, Criminal Action No. 4:15-CR-9(1). All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED at Beaumont, Texas, this 27th day of November, 2017.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE